UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE GENAO,<br>Also known as Evaristo Martinez<br>Also known as Luis Torres Sanadria<br>Also known as Luis Sanabria<br><br>　　　　Petitioner,<br><br>v.<br><br>JEFFREY GRONDOLSKY, WARDEN<br><br>　　　　Respondent. | Civil No. 16-11871-JCB |

## SERVICE ORDER

October 17, 2016

Boal, M.J.

　　　　Petitioner Jose Genao ("Genao"), an inmate of the Federal Bureau of Prisons ("BOP") confined to FMC Devens, filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 accompanied by an Application to Proceed Without Prepayment of Fees ("Application").  This action was randomly assigned to the undersigned Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges.  Genao subsequently paid the $5 filing fee.

　　　　Based on the foregoing, it is hereby Ordered that:

1.　　　　Petitioner's Application to Proceed Without Prepayment of Fees is DENIED as MOOT;

2.　　　　The Clerk of this Court shall serve a copy of the petition upon (i) Warden Jeffrey Grondolsky, FMC Devens, P.O. Box 880, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

3. The Clerk shall provide the petitioner and the respondent with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form;

4. The respondent shall, within 21 days of receipt of this Order, file an answer or other responsive pleading. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 U.S.C. § 3771; and

5. Petitioner's Motion for Appointment of Counsel is DENIED without prejudice to filing such a motion after the respondent has filed a response to the petition.

SO ORDERED.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge